UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RICHARD SHANE RUSH, ET AL.**                                   CIVIL ACTION

**VERSUS**

**ROBERT J. BARHAM**                                   NO.: 3:13-cv-00723-BAJ-RLB

RULING AND ORDER

Before the Court are Plaintiffs' **MOTION FOR RECONSIDERATION OF RULING AND ORDER [32] DENYING PAUPER STATUS (Doc. 34)**, and **MOTION TO WITHDRAW AND SUBSTITUTE (Doc. 36).**

As an initial matter, Plaintiffs' request to "withdraw the Application to Proceed in District Court without Prepaying Fees or Costs, Affidavit in Support of the Application, document number [34-2] and substitute the unsigned copy with a signed copy" will be granted. (Doc. 36 at p. 1). Nonetheless, Plaintiffs' Motion for Reconsideration will be denied because Plaintiffs have not made a showing sufficient to justify relief under either Federal Rule of Civil Procedure 59 *or* 60. *See Templet v. HydroChem Inc.*, 367 F.3d 473, 479 (5th Cir. 2004) ("Rule 59(e) serves the narrow purpose of allowing a party to correct manifest errors of law or fact or to present newly discovered evidence." (quotation marks omitted)); *Hill v. McDermott, Inc.*, 827 F.2d 1040, 1043 (5th Cir. 1987) ("Rule 60(b)(1) . . . allow[s] relief from final judgments on account of 'mistake,' and, in this circuit, the rule may be invoked for the correction of judicial error, but only to rectify an obvious error of law, apparent on the record."); *Hess v. Cockrell*, 281 F.3d 212, 216 (5th Cir. 2002) ("Rule 60(b)(6)

1

motions will be granted only if extraordinary circumstances are present." (quotation marks omitted)).

Accordingly,

**IT IS ORDERED** that Plaintiffs' **MOTION TO WITHDRAW AND SUBSTITUTE (Doc. 36)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs' **MOTION FOR RECONSIDERATION OF RULING AND ORDER [32] DENYING PAUPER STATUS (Doc. 34)** is **DENIED.**

Baton Rouge, Louisiana, this 16th day of April, 2014.

_____

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**